## United States District Court for the Northern District of Illinois

Case Number: 08CV2610  Assigned/Issued By: J. N.

Judge Name: LEFKOW  Designated Magistrate Judge: BROWN

### FEE INFORMATION

*Amount Due:*  [✓] $350.00   [ ] $39.00   [ ] $5.00
              [ ] IFP       [ ] No Fee   [ ] Other _____
              [ ] $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350   Receipt #: 2755353

Date Payment Rec'd: 5-6-08   Fiscal Clerk: J. N.

### ISSUANCES

[✓] Summons                              [ ] Alias Summons
[ ] Third Party Summons                  [ ] Lis Pendens
[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons   _____
[ ] Citation to Discover Assets          _____
[ ] Writ _____            (Victim, Against and $ Amount)
        (Type of Writ)

_2_ Original and _0_ copies on _5-7-08_ as to ALL DEFENDANTS
                                   (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05