UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ADAM CLIMEK, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 2610 |
| | ) | |
| -vs- | ) | |
| | ) | Judge Joan H. Lefkow |
| SHERIFF OF COOK COUNTY | ) | |
| and COOK COUNTY, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Kenneth N. Flaxman          Thomas Morrissey
         200 S. Michigan Ave.        Law Office
         Suite 1240                  10249 S. Western Ave.
         Chicago, IL 60604           Chicago, IL 60643

PLEASE TAKE NOTICE that on June 9, 2008 I caused to be filed in the United States District Court, Northern District of Illinois, Eastern Division, electronically via ECF the attached **Defendant Sheriff of Cook County and Cook County's Answers to the Second Amended Complaint.**

                                    Respectfully submitted,
                                    RICHARD A. DEVINE
                                    State's Attorney of Cook County

                         By    __s/Daniel J. Fahlgren_____
                                    Daniel J. Fahlgren
                                    Assistant State's Attorney
                                    500 Richard J. Daley Center
                                    Chicago, IL. 60602
                                    (312) 603-3304
                                    #6201163

## CERTIFICATE OF SERVICE

I, Daniel J. Fahlgren, Assistant State's Attorney, hereby certify that the attached documents were filed electronically with the Clerk of the Court, and served upon the above-named parties on June 9, 2008 electronically, pursuant to ECF Gen Order XI (C).

                                    _s/ Daniel J. Fahlgren_____