IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Adam Climek | ) | No. 08 C 2610 |
| | ) | Judge: Joan Joan H. Lefkow |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| | ) | |
| Sheriff of Cook County and Cook County | ) | |

NOTICE OF FILING

To: See Service List

    Please Take Notice that on July 7, 2008 , I filed with the United States District Court for the Northern District of Illinois, Eastern Division, An additional appearance for Adam Climek

    Dated this 7th day of July, 2008 at Chicago, Il.

                            Respectfully submitted

                            /s/ Thomas G. Morrissey

Thomas G. Morrissey, ltd
10249 S. Western Ave.
Chicago, Il. 60643




## CERTIFICATE OF SERVICE

Thomas G. Morrissey, states that he served the foregoing appearance by electronic filing on July 7, 2008

/s/<u>Thomas G. Morrissey</u>
Thomas G. Morrissey

Mr. Daniel J. Fahlgren
Office of the State's Attorney
500 Richard J. Daley Center
Chicago, IL 60602



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                  Case  08-C-2610

ADAM CLIMEK
v.
Sheriff of Cook County and Cook County

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ADAM CLIMEK

| | |
|---|---|
| SIGNATURE | *Thomas G. Morrissey* |
| FIRM | Thomas G. Morrissey, LTD |
| STREET ADDRESS | 10249 S. Western |
| CITY/STATE/ZIP | Chicago, IL 60643 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 3125372 | TELEPHONE NUMBER 773-233-7900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |


